AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
Arizona

SEALED

OHND CASE NO. 1:22 MJ 4364

United States of America

v.

Joshua Russell

_____
*Defendant*

)
)
)
)
)
)

Case No. 22- 5576MJ

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Joshua Russell                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

◻ Indictment     ◻ Superseding Indictment     ◻ Information     ◻ Superseding Information     ☑ Complaint
◻ Probation Violation Petition     ◻ Supervised Release Violation Petition     ◻ Violation Notice     ◻ Order of the Court

This offense is briefly described as follows:

Knowingly transmit in interstate commerce, with intent to threathen, voice messages containing threats to injure and kill an officer with the Arizona Secretary of State's Office, in violation of 18 U.S.C. section 875(c), Interstate Threats.

Date:   12/09/2022  *at 1:36 pm*

_____
*Issuing officer's signature*

City and state:   Phoenix, AZ

_____
Deborah M. Fine, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |